Petition for Writ of Mandamus Denied and Opinion filed October 3, 2002









Petition for Writ of Mandamus Denied and Opinion filed
October 3, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00991-CV

____________

 

IN RE RODNEY EARL RANDOLPH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On September 24, 2002, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.  In his petition, he seeks to compel the Hon.
Debbie Mantooth Stricklin,
Judge of the 180th District Court in Harris County, to consider and rule on his
post-conviction motion for forensic DNA testing and to appoint him counsel,
pursuant to Chapter 64 of the Texas Code of Criminal Procedure.         We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed October 3, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).